IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDA M. BATES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-074-JJF |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social | : |
| Security, | : |
| | : |
| Defendant. | : |

## **O R D E R**

At Wilmington, this 11 day of April 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Cross-Motion For Summary Judgment (D.I. 19) is **GRANTED**.

2. Plaintiff's Motion For Summary Judgment (D.I. 17) is **DENIED**.

3. The final decision of the Commissioner dated April 15, 2005, is **AFFIRMED**.

4. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE