IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|                          |   |                              |
|--------------------------|---|------------------------------|
| KENDA M. BATES,          | : |                              |
|                          | : |                              |
|     Plaintiff, | : |                    |
|                          | : |                              |
|     v. | : | Civil Action No. 07-074-JJF |
|                          | : |                              |
| MICHAEL J. ASTRUE,       | : |                              |
| Commissioner of Social   | : |                              |
| Security,                | : |                              |
|                          | : |                              |
|     Defendant. | : |                    |

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated April 11, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Michael J. Astrue and against Plaintiff Kenda M. Bates.

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE

Dated: April 11, 2008

_Deborah Krett_
(By) Deputy Clerk